

# Fourth Court of Appeals
## San Antonio, Texas

May 7, 2015

No. 04-15-00088-CV

**FARIAS**, ET AL,
Appellants

v.

**REYNA,** ET AL,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-13-261
Honorable Jose Luis Garza, Judge Presiding

# O R D E R

The reporter's record for this appeal was due to be filed on March 23, 2015. On March 31, 2015, this Court issued an order requiring the reporter's record be filed on or before April 30, 2015. The court reporter, Genie Smith, still has not responded to this Court's Order, and at this time, the reporter's record still has not been filed.

It is therefore ORDERED that Ms. Smith file the full reporter's record in this court no later than May 15, 2015. If the full reporter's record is not received by such date, an order may issue directing Ms. Smith to appear and show cause why she should not be held in contempt for failing to file the reporter's record in a timely manner.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court